

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00068-CV

| | | |
|---|---|---|
| Ashwin J. Babaria and Bharti A. Babaria | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2011-006149-3) |
| v. | § | January 14, 2016 |
| City of Southlake, Texas | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Ashwin J. Babaria and Bharti A. Babaria shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot